**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 9:11-cv-80364-RYSKAMP**

| | | |
|---|---|---|
| THEODORE CLIMO, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | CLASS ACTION |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| OFFICE DEPOT, INC., STEVE ODLAND, MICHAEL D. NEWMAN and NEIL R. AUSTRIAN, | ) ) ) ) ) | |
| Defendants. | ) ) ) ) | |

**MOTION OF CENTRAL LABORERS' PENSION FUND FOR APPOINTMENT AS**
**LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

Proposed lead plaintiff Central Laborers' Pension Fund ("Central Laborers") hereby moves this Court for an order: (1) appointing Central Laborers as Lead Plaintiff in the above-captioned action pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4; (2) approving its selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel; and (3) granting such other and further relief as the Court may deem just and proper. In support of this Motion, Central Laborers submits herewith a Memorandum of Law, the Declaration of Douglas Wilens, and a proposed Order.

## CERTIFICATE OF GOOD FAITH CONFERENCE

In accordance with S.D. Fla. Local Rule 7.1(a)(3), I hereby certify that counsel for the movant has conferred with certain parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues and has been unable to do so.[1]

s/ *Douglas Wilens*
DOUGLAS WILENS

DATED:  June 6, 2011                    ROBBINS GELLER RUDMAN & DOWD LLP


s/ *Douglas Wilens*
DOUGLAS WILENS

PAUL J. GELLER (FL Bar No. 984795)
pgeller@rgrdlaw.com
DAVID J. GEORGE (FL Bar No. 0898570)
dgeorge@rgrdlaw.com
DOUGLAS WILENS (FL Bar No. 0079987)
dwilens@rgrdlaw.com
SABRINA E. TIRABASSI (FL Bar No. 25521)
stirabassi@rgrdlaw.com
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

[Proposed] Lead Counsel for Plaintiff

---

[1]     Counsel for Central Laborers further notes that the lead plaintiff appointment process established by the PSLRA makes compliance with S.D. Fla. Local Rule 7.1(a)(3) difficult, if not impossible.  While all potential parties to the action should be aware of the filing date, counsel for Central Laborers cannot determine who else may move for appointment as lead plaintiff at this time. Accordingly, counsel for Central Laborers requests leave from the meet and confer requirement of Local Rule 7.1(a)(3) with respect to any unknown movants.

3

> CAVANAGH & O'HARA
> JOHN T. LONG
> 407 East Adams Street
> Springfield, IL  62701
> Telephone:  217/544-1771
> 217/544-9894 (fax)
>
> Additional Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 6, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

s/ *Douglas Wilens*
DOUGLAS WILENS
