UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 9:11-cv-80364-RYSKAMP

| | |
|---|---|
| THEODORE CLIMO, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>OFFICE DEPOT, INC., STEVE ODLAND, MICHAEL D. NEWMAN and NEIL R. AUSTRIAN,<br><br>                Defendants. | CLASS ACTION |

**[PROPOSED] ORDER ON MOTION OF CENTRAL LABORERS' PENSION FUND FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

Having considered the Motion of Central Laborers' Pension Fund ("Central Laborers") for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel, the memorandum of law in support thereof, and good cause appearing therefore, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. Central Laborers is hereby appointed Lead Plaintiff for the Class pursuant to the Private Securities Litigation Reform Act; and

3. The law firm of Robbins Geller Rudman & Dowd LLP is appointed Lead Counsel for the Class.

2

IT IS SO ORDERED.

DATED: _____

_____
THE HONORABLE KENNETH L. RYSKAMP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to: all counsel of record