UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 9:11-cv-80364-RYSKAMP

| | |
|---|---|
| THEODORE CLIMO, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>OFFICE DEPOT, INC., STEVE ODLAND, MICHAEL D. NEWMAN and NEIL R. AUSTRIAN,<br><br>　　　　　　　　　　Defendants. | CLASS ACTION |

**DECLARATION OF DOUGLAS WILENS IN SUPPORT OF
MOTION OF CENTRAL LABORERS' PENSION FUND FOR APPOINTMENT AS
LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

Douglas Wilens declares, under penalty of perjury:

1. I am a member of Robbins Geller Rudman & Dowd LLP ("Robbins Geller"), proposed Lead Counsel for Central Laborers' Pension Fund ("Central Laborers"). I submit this Declaration in support of the Motion of Central Laborers for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel.

2. Attached hereto as Exhibit A is a true and accurate copy of the notice regarding the pendency of this action, which was published on *Globe Newswire* on April 6, 2011.

3. Attached hereto as Exhibit B is a true and accurate copy of a loss chart presenting the transactions in the subject securities and summarizing the estimated losses of Central Laborers at $96,112 in connection with its purchases of Office Depot, Inc. securities.

2

4.	Attached hereto as Exhibit C is the certification of Central Laborers stating, *inter alia*, that it is willing to serve as the representative party on behalf of the Class.

5.	Attached hereto as Exhibit D is a true copy of the firm resume of Robbins Geller, proposed Lead Counsel for Central Laborers.

DATED: June 6, 2011

s/ *Douglas Wilens*<br>DOUGLAS WILENS

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 6, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

        s/ *Douglas Wilens*
        DOUGLAS WILENS